IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01961-LTB-CBS

SANFORD LEE HERTZ,

    Plaintiff,

v.

LUZENAC AMERICA, INC., and
THE LUZENAC GROUP

    Defendants.

---

LUZENAC AMERICA, INC. a Colorado corporation,

    Counterclaim Plaintiff,

v.

IMI FABI, LLC, a North Carolina corporation, and
LANE LIGHTHART, and individual,

    Counterclaim Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that the Joint Motion to Vacate Settlement Conference (filed May 25, 2005) is **GRANTED**. However, pursuant to the court's Minute Order of May 2, 2005, the court will go forward with a scheduling conference on **June 2, 2005, at 2:30 p.m.** (**Mountain Time**) in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

       The court will not require the presence of client representatives, only counsel, at the scheduling conference.

**DATED:**    May 31, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

**CERTIFICATE OF MAILING**
Civil Action No. 04-cv-1961-LTB-CBS

---

I hereby certify on _____, 2005, a copy of the foregoing document entered by Magistrate Judge Shaffer was served by (*) hand delivery to or (**) depositing the same in the United States mail, to the following persons:

| | |
|---|---|
| **Theresa L. Corrada, Esq. | *Janet Savage, Esq. |
| ISAACSON ROSENBAUM, PC | Jenifer Ross-Amato, Esq. |
| 633 17th Street, Ste. 220 | DAVIS GRAHAM & STUBBS |
| Denver, CO 80202 | **U.S.D.C. Box. No. 3** |
| *Counsel for Plaintiff Hertz* | *Counsel for Defendant* |
| | *Luzenac America, Inc.* |
| **John A. Culver, Esq. | |
| BENEZRA & CULVER, LLC | *Richard L. Gabriel, Esq. |
| 141 Union Boulevard, Ste. 260 | Timothy M. Reynolds, Esq. |
| Lakewood, CO 80228 | HOLME ROBERTS & OWEN, LLP |
| *Counsel for Counterclaim* | **U.S.D.C. Box. No. 7** |
| *Defendant Lighthart* | *Counsel for Counterclaim* |
| | *Defendant IMI Fabi, LLC* |

_____
Deputy Clerk