**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-01961-LTB-CBS

SANFORD LEE HERTZ,
      Plaintiff and Counterclaim Defendant,

v.

LUZENAC AMERICA, INC., and
THE LUZENAC GROUP,
      Defendants.

And

LUZENAC AMERICA, INC., a Colorado corporation,
      Counterclaim Plaintiff,

v.

IMI FABI, L.L.C., a North Carolina corporation, and
LANE LIGHTHART, an individual,
      Counterclaim Defendants.

_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Plaintiff's Motion to Amend Reply to Amended Counterclaims (filed June 27, 2005) is **GRANTED**.

Dated: June 27, 2005
_____