IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.  04-cv-01961-LTB-CBS

SANFORD LEE HERTZ,

Plaintiff and Counterclaim Defendant,

v.

LUZENAC AMERICA, INC., a Colorado corporation, and
THE LUZENAC GROUP, a French corporation,

Defendants.

AND

LUZENAC AMERICA, INC., a Colorado corporation,

Counterclaim Plaintiff,

v.

IMI FABI, LLC, a North Carolina corporation, and
LANE LIGHTHART, an individual,

Third Party Defendants.

AND

LANE LIGHTHART, an individual,

Third Party Defendant and Counterclaim Plaintiff,

v.

LUZENAC AMERICA, INC., a Colorado corporation,

Third Party Defendant.

---

ORDER

---

The joint motion of Sanford Lee Hertz; Luzenac America, Inc.; IMI Fabi, LLC; and Lane Lighthart to vacate the trial date is GRANTED.  The current trial date, December 12, 2005, and the final trial preparation conference scheduled for November 16, 2005 at 8:00 A.M. are VACATED.

The final trial preparation conference shall be held on **Friday, April 7, 2006 at 3:00 P.M.** The parties shall before that time confer with the Magistrate Judge for the purposes of entering into a pretrial order.  Trial shall commence on **May 1, 2006 at 8:30 A.M.**

Dated: July   26  , 2005, in Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge