IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01961-LTB-CBS

SANFORD LEE HERTZ,

      Plaintiff and Counterclaim Defendant,

v.

LUZENAC AMERICA, INC., and
THE LUZENAC GROUP

      Defendants.

---

LUZENAC AMERICA, INC. a Colorado corporation,

      Counterclaim Plaintiff,

v.

IMI FABI, LLC, a North Carolina corporation, and
LANE LIGHTHART, and individual,

      Counterclaim Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

On August 2, 2005, parties submitted a Stipulated Protective Order to the Court.  Upon review, the tendered document is **ACCEPTED** for filing as of the date of this minute order.

In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local

Rules of Practice in the United States District Court for the District of Colorado
(D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**        August 16, 2005