IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-1961-LTB-CBS

SANFORD LEE HERTZ,

    Plaintiff

v.

LUZENAC AMERICA, INC. and
THE LUZENAC GROUP, et al.

    Defendant.

---

### STIPULATED ORDER CONCERNING SUBPOENAED DOCUMENTS AND DEPOSITION TESTIMONY OF VAN HORN, METZ EMPLOYEES

---

Plaintiff, Sanford Lee Hertz ('Plaintiff'), Defendant, Luzenac America, Inc. ('Luzenac'), Counterclaim Defendant, Lane Lighthart ('Lighthart'), and subpoenaed third party, Van Horn, Metz & Co., Inc. ('VHM'), stipulate that the terms of the Revised Stipulated Protective Order now in effect in this case shall apply to VHM and the testimony given by its employees, including but not limited to Barrett C. Fisher, III and Siobhan Myers (collective 'Employees'), in their depositions and to certain information contained in documents produced by VHM and its employees pursuant to Lighthart's subpoena duces tecum. VHM shall have the same rights and obligations under the existing Protective Order as the parties. Documents deemed to be 'confidential' or 'highly confidential' by Luzenac, Lighthart and/or VHM may be so designated in accordance with the Revised Stipulated Protective Order. Similarly, deposition testimony given by VHM Employees may be so designated, either at the deposition or within thirty (30) days after the transcript is prepared. The parties further stipulate and agree that by entering into this

stipulation, VHM and its Employees do not waive and specifically preserve all defenses or objections to the jurisdiction and venue of this court in any and all matters other than the enforcement of the Revised Stipulated Protective Order.

The parties and VHM, by their undersigned counsel, stipulate and consent to the entry of this Order.

SO STIPULATED:

Dated: November 1, 2005

s/ Janet A. Savage
Janet A. Savage
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth Street, Suite 500
Denver, CO 80202
Telephone: (303) 892-9400
Facsimile: (303) 893-1379
janet.savage@dgslaw.com

Attorney for Defendant, Luzenac America, Inc.

Dated: October 25, 2005

s/ Theresa L. Corrada
Theresa L. Corrada
ISAACSON ROSENBAUM P.C.
633 17th Street, Suite 2200
Denver, CO 80202
Telephone: (303) 292-5656
Facsimile: (303) 292-3152
tcorrada@ir-law.com

Attorney for Plaintiff, Sanford Lee Hertz

Dated: October 21, 2005                     s/ John A. Culver
                                                                  John A. Culver
                                                                  BENEZRA & CULVER
                                                                  141 Union Blvd., Suite 260
                                                                  Lakewood, CO 80228
                                                                  Telephone: (303) 716-0254
                                                                  Facsimile: (303) 716-0327

                                                                 Attorney for Lane Lighthart


Dated: October 31, 2005                     s/ William H. Bradbury III
                                                                William H. Bradbury, III
                                                                660 Sentry Parkway, Suite 200
                                                                Blue Bell, PA 19422-2360
                                                                Telephone: (610) 834-1750
                                                                Facsimile: (610) 834-1580
                                                                whbradbury@comcast.net

                                                                Attorney for Van Horn, Metz & Co., Inc.,
                                                                Barrett C. Fisher, III and Siobhan Myers


**SO ORDERED:**

Dated: 11-4 , 2005                     _[signature]_