IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01961-LTB-CBS

SANFORD LEE HERTZ,

      Plaintiff and Counterclaim Defendant,

v.

LUZENAC AMERICA, INC., and
THE LUZENAC GROUP

      Defendants.

*and*

LUZENAC AMERICA, INC. a Colorado corporation,

      Counterclaim Plaintiff,

v.

IMI FABI, LLC, a North Carolina corporation, and
LANE LIGHTHART, an individual,

      Counterclaim Defendants.

*and*

LANE LIGHTHART, an individual,

      Counterclaim Plaintiff,

v.

LUZENAC AMERICA, INC. a Colorado corporation,

      Counterclaim Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Plaintiff's Motion for Leave to File a Reply in Support of Hertz's Motion Challenging Designations (filed November 11, 2005; *doc. no. 139*) is **GRANTED**.  Hertz has up to and including **November 23, 2005**, to file a reply in Support of Hertz's Motion Challenging Designations.  It is further

**ORDERED** that Luzenac America's Second Unopposed Motion for Extension of Time to Respond to Hertz's Fourth Set of Discovery Requests (filed November 16, 2005; *doc. no. 140*) is **GRANTED**.  Defendant Luzenac has up to and including **November 22, 2005**, to respond to Hertz's Fourth Set of Discovery Requests.

**DATED:**      November 22, 2005