IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01961-LTB-CBS

SANDFORD LEE HERTZ,
 Plaintiff and Counterclaim Defendant,

v.

LUZENAC AMERICA, INC., a Delaware corporation, and
THE LUZENAC GROUP, a French corporation,
 Defendants.

AND

LUZENAC AMERICA, INC., a Delaware corporation,
 Counterclaim Plaintiff,

v.

LANE LIGHTHART, an individual
 Counterclaim Defendant.

AND

LANE LIGHTHART, an individual,
 Counterclaim Plaintiff,

v.

LUZENAC AMERICA, INC., a Delaware corporation,
 Counterclaim Defendant.

**ORDER GRANTING STIPULATED MOTION TO AMEND SECOND AMENDED SCHEDULING ORDER**

The Court hereby grants the Parties' Stipulated Motion to Amend Second Amended Scheduling Order (filed November 8, 2005; *doc. no. 137*).  Therefore, the discovery cutoff is now **December 29, 2005**, and the deadline for filing dispositive motions is **January 30, 2006**.

DATED at Denver, Colorado, this 22nd day of November, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge