IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01961-LTB-CBS

SANFORD LEE HERTZ,

    Plaintiff and Counterclaim Defendant,

v.

LUZENAC AMERICA, INC., and
THE LUZENAC GROUP

    Defendants.

*and*

LUZENAC AMERICA, INC. a Colorado corporation,

    Counterclaim Plaintiff,

v.

IMI FABI, LLC, a North Carolina corporation, and
LANE LIGHTHART, an individual,

    Counterclaim Defendants.

*and*

LANE LIGHTHART, an individual,

    Counterclaim Plaintiff,

v.

LUZENAC AMERICA, INC. a Colorado corporation,

    Counterclaim Defendant.

---

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Pending before the court is Plaintiff's Motion for Leave to File Motion Under Seal (filed September 27, 2005; *doc. no. 114*).

In accordance with D.C.COLOL.CIVR. 7.2 the motion was posted to the public, to allow for any objection(s) to the sealing of the motion/exhibit. There being no timely objections filed, it is hereby **ORDERED** that the instant motion to seal is **GRANTED, in part and DENIED in part**.

The Clerk's Office is instructed to UNSEAL the Motion Challenging Designations of Confidential Material and Highly Confidential Materials by Defendant Luzenac America, Inc. (*doc. no. 115-1*). The Exhibits to said motion are to remain under seal.

**DATED:**     December 13, 2005