**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-01961-LTB-CBS

SANFORD LEE HERTZ,
       Plaintiff and Counterclaim Defendant,

v.

LUZENAC AMERICA, INC., and
THE LUZENAC GROUP,
       Defendants.

And

LUZENAC AMERICA, INC., a Colorado corporation,
       Counterclaim Plaintiff,

v.

LANE LIGHTHART, an individual,
       Counterclaim Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      Plaintiff Lee Hertz' and Third Party Defendant Lighthart's Motion for Leave to File Under Seal Brief In Support of Motion for Summary Judgment on Defendant Luzenac America Inc.'s Claims (Doc 170 - filed January 30, 2006) is **GRANTED**.

      Luzenac's Motion for Leave to File Motion for Summary Judgment and Supporting Exhibits Under Seal (Doc 173 - filed January 30, 2006) is **GRANTED**.


Dated: February 10, 2006
_____