IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.  04-cv-01961-LTB-CBS

SANFORD LEE HERTZ,

      Plaintiff and Counterclaim Defendant,

v.

LUZENAC AMERICA, INC., a Colorado corporation, and
THE LUZENAC GROUP, a French corporation,

      Defendants.

AND

LUZENAC AMERICA, INC., a Colorado corporation,

      Third-Party Defendant and Counterclaim Plaintiff,

v.

LANE LIGHTHART, an individual,

      Third Party Defendant and Counterclaim Plaintiff,
_____

ORDER
_____

      Cross Motions for Summary Judgment remain pending.  On March 21, 2006, Defendant and Counterclaim Plaintiff Luzenac America, Inc., filed its extensive motion pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).  That motion remains to be briefed and determined.  Accordingly,

      IT IS ORDERED that the trial scheduled May 1, 2006 is VACATED.

1

IT IS FURTHER ORDERED that the trial preparation conference scheduled for April 7, 2006 at 3:00 p.m. is converted to a further scheduling hearing.

BY THE COURT:

　　s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: March 22, 2006