IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01961-LTB-CBS

SANFORD LEE HERTZ,

 Plaintiff and Counterclaim Defendant,

v.

LUZENAC AMERICA, INC., and
THE LUZENAC GROUP

 Defendants.

*and*

LUZENAC AMERICA, INC. a Colorado corporation,

 Counterclaim Plaintiff,

v.

IMI FABI, LLC, a North Carolina corporation, and
LANE LIGHTHART, an individual,

 Counterclaim Defendants.

*and*

LANE LIGHTHART, an individual,

 Counterclaim Plaintiff,

v.

LUZENAC AMERICA, INC. a Colorado corporation,

 Counterclaim Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that the Stipulated Motion to Modify Deadline to Exchange Exhibits (*doc. no. 300,* Filed June 07, 2006) is **GRANTED**.

It is further **ORDERED** that the deadline to exchange exhibits is extended to seventy-five (75) days before trial, with the objections thereto due eleven (11) days thereafter.

**DATED:**   June 9, 2006