IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-01961-LTB-CBS

SANFORD LEE HERTZ,
       Plaintiff and Counterclaim Defendant,

v.

LUZENAC AMERICA, INC., and
THE LUZENAC GROUP,
       Defendants.

And

LUZENAC AMERICA, INC., a Colorado corporation,
       Counterclaim Plaintiff,

v.

LANE LIGHTHART, an individual,
       Counterclaim Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     Hertz and Lighthart's Joint Unopposed Motion to Stay Proceedings Related to Pending *Daubert* Motions (Doc 328 - filed July 18, 2006) is **GRANTED**. The proceedings related to the *Daubert* and Alternative *Daubert* Motions are stayed until the Court rules on the parties' request for Rule 54(b) certification.

Dated: July 19, 2006
_____