**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   04-cv-01961-LTB-CBS

SANFORD LEE HERTZ,

       Plaintiff,

v.

LUZENAC AMERICA, INC.,

       Defendant.

---

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

---

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge **Craig B. Shaffer** is designated to conduct proceedings in this civil action as follows:

Sanford Lee Hertz's Motion for Permission to Amend Complaint, Doc No. 314, filed July 5, 2006.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                         Lewis T. Babcock, Judge

DATED: December 18, 2009