IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 04-cv-01961 - LTB - CBS

SANFORD LEE HERTZ,

    Plaintiff and Counterclaim Defendant,

v.

LUZENAC AMERICA, INC., a Delaware corporation, and
THE LUZENAC GROUP, a French corporation,

    Defendants.

And

LUZENAC AMERICA, INC., a Delaware corporation,

    Counterclaim Plaintiff,

v.

LANE LIGHTHART,

    Counterclaim Defendant.

_____

ORDER
_____

    IT IS HEREBY ORDERED as follows:

    1. Defendant Luzenac America, Inc.'s Motion to Strike Plaintiff's Experts Richard Whalen and Bruce Berglund [Doc # 247] is DENIED WITHOUT PREJUDICE with leave to re-file by a date certain to be set by the magistrate judge; and

    2. Defendant Luzenac America, Inc.'s Alternative Motion to Strike Expert Testimony of Richard Whalen as Being Moot and/or Irrelevant [Doc # 315] is DENIED WITHOUT PREJUDICE with leave to re-file by a date certain to be set by the magistrate judge.

Dated: December  18 , 2009 in Denver, Colorado.

                BY THE COURT:

                  s/Lewis T. Babcock
                LEWIS T. BABCOCK, JUDGE