IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01961-LTB-CBS

SANFORD LEE HERTZ,

    Plaintiff and Counterclaim Defendant,

v.

LUZENAC AMERICA, INC.,
a Delaware corporation,

    Defendant and Counterclaim Plaintiff.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Luzenac's Unopposed Motion to Modify Case Caption and Correct Docket Sheet (*doc. # 385)* is GRANTED and the case caption is modified as indicated above. The Clerk of Court is instructed to modify the docket sheet accordingly.

    IT IS FURTHER ORDERED that to the extent counsel for termed parties want to be removed from the electronic certificate of service, they are instructed to notify the court pursuant to D.C. COLO. ECF. PROC.V.G.3.

    In light of the foregoing, the Motion to Amend Answer and Caption to Correct Designation as "Colorado Corporation" (*doc. # 112)* is MOOT.

**DATED:**     February 4, 2010