**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:**  04-cv-01961-LTB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:**  February 18, 2010 | **Courtroom Deputy:**   Linda Kahoe |

SANFORD LEE HERTZ,                                               Byeongsook Seo
                                                                                    Theresa Lynne Corrada
    Plaintiff/Counter Defendant,

    v.

LUZENAC AMERICA, INC.,                                        Sybil Ruth Kisken
                                                                                    Janet Ann Savage
    Defendant/Counter Claimant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in session:        10:30 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the status of the case.

Discussion and arguments regarding Hertz's Motion for Leave to Substitute Expert Witness, doc #[376], filed 1/14/2010.

For the reasons as stated on the record, it is:

**ORDERED:**   Hertz's Motion for Leave to Substitute Expert Witness, doc #[376] is **GRANTED**.  Mr. Hertz is allowed to substitute Scott Saltzman for Richard Whalen as his testifying expert on the subject of economic damages.  This Motion for Leave to Substitute Expert Witness, however, does not provide the court with a copy of the report that Mr. Saltzman would prepare.  While the court is granting the Motion for Leave to the extent that it seeks to substitute one person for another, the court is not making any decisions or reaching any conclusions as to whether or not Mr. Saltzman's report will in fact will be admissible or whether or not Mr. Saltzman's report will in fact comply with Rule 26(e).  The court is not precluding Luzenac America from filing an appropriate motion, if an appropriate motion can be filed, challenging Mr. Saltzman's report as violative of the Federal

          Rules of Civil Procedure, specifically Rule 26(e).  The court is not precluding Luzenac America from filing a motion seeking reimbursement of costs, which it believes it can substantiate, were incurred unnecessarily as a result of Mr. Saltzman's substitution.

**ORDERED:** A Motions Hearing is set for **MARCH 17, 2010 at 10:30 a.m.** on the Motion to Compel Disclosure and Supplementation of Discovery or, in the Alternative, Motion for Limited Additional Discovery, doc #[394].  The court will rule on the motion from the bench.  The court will set deadlines for completing all expert discovery, deadlines for completing all fact discovery, and will discuss what form or scope that discovery may require.  All current deadlines are **VACATED**.

**ORDERED:** The parties are required to fully discharge their obligations under Rule 7.1A.  The parties are required to complete the Rule 7.1A process and report the outcome to the court at the hearing set on **MARCH 17, 2010**.

HEARING CONCLUDED.

**Court in recess:**    **11:28 a.m.**
Total time in court:    00:58

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.