IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| Civil Action: 04-cv-01961-LTB-CBS | FTR - Reporter Deck-Courtroom A402 |
|---|---|
| Date: March 17, 2010 | Courtroom Deputy: Ginny Kramer |

| *Parties:* | *Counsel:* |
|---|---|
| | Byeongsook Seo |
| SANFORD LEE HERTZ, | Theresa Lynne Corrada |
| Plaintiff and Counterclaim Defendant, | |
| v. | |
| LUZENAC AMERICA, INC., *a Delaware corporation,* | Janet Ann Savage Sybil Ruth Kisken |
| Defendant and Counterclaim Plaintiff, | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**

**Court in Session: 10:32 a.m.**
Court calls case. Appearances of counsel.

Appearance of counsel.
The Court and counsel discuss the Plaintiff's Motion to Compel [#394].

Argument by Ms. Kisken for the Defendant.

Argument by Mr. Seo for the Plaintiff.

The Court and counsel discuss the Plaintiff's Motion to Amend/Correct/ Modify Pretrial Order [#398].

Argument by Mr. Seo for the Plaintiff.

Argument by Ms. Kisken.

Discussion by the Court and counsel regarding the Second Amended Scheduling Order.

**It was ORDERED:**

1. That the Plaintiff's Motion to Compel *Disclosure and Supplementation of Discovery or, in the Alternative, Motion for Limited Additional Discovery*, [#394], filed February 5, 2010, is **DENIED** for the reasons stated on the record.

2. That the Plaintiff's Motion to Amend *Pretrial Order,* [#398] filed February 11, 2010, is **DENIED** for the reasons stated on the record.

3. That all discovery must be completed **on or before July 9, 2010**. The parties must serve any and all written discovery **no later than June 1, 2010.** The parties must serve Rule 26(e) expert disclosures **on or before June 4, 2010.** The parties must serve additional disclosures **on or before June 18, 2010.**

4. That a proposed Final Pretrial Order should be submitted **on or before August 1, 2010**.

5. That the parties anticipate a jury trial of seven (7) days.

6. That the proposed Second Scheduling Order *(Second Amended)* [#412] filed March 16, 2010, is not entered.


HEARING CONCLUDED.

**Court in recess**: **12:14 p.m.**
Total time in court:    1 hour and 42 minutes

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.