**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 04-cv-01961-LTB-CBS

SANFORD LEE HERTZ,

      Plaintiff and Counterclaim Defendant,

v.

LUZENAC AMERICA, INC., a Delaware corporation,

      Defendant and Counterclaim Plaintiff.

_____

**ORDER**
_____

      On February 4, 2010, Luzenac America, Inc., filed a Combined Partial Motion to Dismiss Hertz's Retaliation Claim Based on Luzenac Suing IMI Fabi and Objection to Order Granting Hertz's Motion to Amend Complaint (docket #393). This combined motion is improperly filed as one motion, it is

      ORDERED that Luzenac's Combined Partial Motion to Dismiss Hertz's Retaliation Claim Based on Luzenac Suing IMI Fabi and Objection to Order Granting Hertz's Motion to Amend Complaint (docket #393) is **STRICKEN WITH LEAVE TO REFILE** as two separate motions. It is

      FURTHER ORDERED that Luzenac's Fed. R. Civ. P. Rule 72 Objection to the Magistrate Judge's order shall be received as if filed on the date of the previously improperly filed motions, February 4, 2010, and shall be deemed a timely filed objection under Rule 72(b)(2).

Dated: April   29  , 2010.

BY THE COURT:


   s/Lewis T. Babcock
Lewis T. Babcock, Judge