**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  04-cv-01961-LTB-CBS

SANFORD LEE HERTZ,

      Plaintiff and Counterclaim Defendant,

v.

LUZENAC AMERICA, INC., a Delaware corporation,

      Defendant and Counterclaim Plaintiff.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Defendant's Unopposed Motion to File an Amended Exhibit List (Doc 483 - filed November 30, 2010) is **GRANTED**.  The tendered Amended Exhibit List is accepted for filing.


Dated: December 1, 2010
_____