IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE  LEWIS  T.  BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy:  LaDonne Bush | Date: April 12, 2011 |
| Court Reporter:        Tracy Weir | |

_____

| | |
|---|---|
| Civil Action No. 04-cv-01961-LTB-CBS | <u>Counsel:</u> |
| SANFORD LEE HERTZ, | Theresa Corrada |
|         Plaintiff and Counterclaim Defendant, | |
| v. | |
| LUZENAC AMERICA, INC., a Delaware corporation, | Janet Savage<br>Sybil Kisken |
|         Defendant and Counterclaim Plaintiff. | |

_____

COURTROOM MINUTES
_____

Hearing on Motion

9:05 a.m.      Court in session.

Argument by Ms. Savage and Ms. Corrada.

9:48 a.m.      Defendant's witness, Ray Hauser, sworn.

Direct examination of Dr. Hauser by Ms. Savage.

Defendant's Exhibit B admitted for purposes of this hearing.

Court accepts Dr. Hauser's qualifications as a chemical engineer in the field of polymers and silicones for the purposes of this hearing.

Exhibits D, E, F, G, and K received for purposes of this hearing.

10:15 a.m.   Court in recess.
10:25 a.m.   Court in session.

Exhibits H, L, M, and N received for purposes of this hearing.

10:26 a.m.   Cross examination of Dr. Hauser by Ms. Corrada.

10:34 a.m.   Redirect examination of Dr. Hauser by Ms. Savage.

Exhibit I received for purposes of this hearing.

Further argument by Ms. Savage and Ms. Corrada.

**ORDERED**:   Defendant's Motion to Strike Expert Bruce Berglund [467] is taken under advisement.

10:45 a.m.   Court in recess.

Hearing concluded.
Time: 01:30