IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 04-cv-01961-LTB-CBS

SANFORD LEE HERTZ,

      Plaintiff and Counterclaim Defendant,

v.

LUZENAC AMERICA, INC., a Delaware Corporation,

      Defendant and Counterclaim Plaintiff.
_____

## ORDER
_____

      Defendant has filed a Motion for Reconsideration of the Court's Order Regarding Highly Confidential and Confidential Documents and Testimony <u>and</u> Motion for a Forthwith Stay of the Court's Order Pending Resolution of This Motion (Doc 516). Plaintiff has **up to and including October 7, 2011** to file a response. Hearing on the motion is set **October 21, 2011 at 10:00 a.m.** at the previously set trial preparation conference.

      IT IS FURTHER ORDERED that Plaintiff is to submit his proposed Trial Protective Order **on or before October 7, 2011**.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  LEWIS T. BABCOCK, JUDGE

DATED:   September 27, 2011