IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  04-cv-01961-LTB-CBS

SANFORD LEE HERTZ,

      Plaintiff and Counterclaim Defendant,

v.

LUZENAC AMERICA, INC., a Delaware Corporation,

      Defendant and Counterclaim Plaintiff.

_____

ORDER
_____

Upon the Joint Notice of Settlement (Doc 529 - filed October 18, 2011), it is

ORDERED that the trial preparation conference set **October 21, 2011** and the trial set **October 31, 2011 are VACATED**.

IT IS FURTHER ORDERED that dismissal papers shall be filed **on or before November 4, 2011**.

                          BY THE COURT:

                            s/Lewis T. Babcock
                          LEWIS T. BABCOCK, JUDGE

DATED: October 19, 2011