IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  04-cv-01961-LTB-CBS

SANFORD LEE HERTZ,

      Plaintiff and Counterclaim Defendant,

v.

LUZENAC AMERICA, INC., a Delaware Corporation,

      Defendant and Counterclaim Plaintiff.

---

ORDER

---

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 531 - filed October 21, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          LEWIS T. BABCOCK, JUDGE

DATED: October 24, 2011